JASON T. CAMPBELL (CSBN 255445)
Law Office of Jason T. Campbell
P.O. Box 2093
Berkeley, CA 94702
Telephone Number: (415) 846-2646
law.jcampbell@gmail.com

Attorney for **Morris Anthony Greenberg**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MORRIS ANTHONY GREENBERG | Case No. 2:19-cv-2238 JAM AC P |
|---|---|
| Petitioner, | |
| vs. | **[PROPOSED] ORDER GRANTING PETITIONER GREENBERG'S SECOND UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO FILE TRAVERSE** |
| PATRICK COVELLO, Warden | |
| Respondent. | |

Pursuant to Rule 6 of the *Federal Rules of Civil Procedure* and *Local Rule 144*, Petitioner filed a request for an extension of time to file his Traverse, up to and including May 6, 2020.

GOOD CAUSE APPEARING therefor, Petitioner's motion is hereby GRANTED.

DATED: March 31, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1