UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS ANTHONY GREENBERG,<br><br>Petitioner,<br><br>v.<br><br>PATRICK COVELLO,<br><br>Respondent. | No. 2:19-cv-2238 DAD AC P<br><br><br>ORDER |

Petitioner has requested an unopposed extension of time to file a response to respondent's objections to the Findings and Recommendations filed on January 5, 2024.

Good cause appearing, IT IS HEREBY ORDERED that petitioner's motion for an extension of time (ECF No. 25) is GRANTED and petitioner shall have until March 4, 2024, to file his response. Counsel is cautioned that that no further extensions of time will be granted.

DATED: January 31, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1